Sean McKenna (Admitted *Pro Hac Vice*)
Texas Bar No. 24007652
Law Office of Sean McKenna, PLLC
5473 Blair Road, Suite 100, PMB 755849
Dallas, Texas 75231-4227
Telephone: 469.348.3454
Email: sean@seanmckennalaw.com

*Attorneys for Plaintiff Triad Chiropractic & Rehabilitation Clinics, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Triad Chiropractic & Rehabilitation Clinics, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Black Sheep Consulting Group, LLC, *et al.*,<br><br>*Defendants*. | No. CV-25-02645-PHX-KML<br><br>DECLARATION IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT |

**<u>DECLARATION OF DR. JOHN BACA IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT</u>**

I, Dr. John Baca, being over the age of eighteen years, of sound mind, and competent to testify, hereby make the following statements:

1. I own and operate Triad Chiropractic & Rehabilitation Clinics, LLC (Triad), the plaintiff in this matter, and have knowledge of the facts and circumstances discussed in this declaration. This *Declaration* adopts by reference all the factual allegations and claims in the *Original Complaint* (Dkt. No. 1).

2. This *Declaration* is filed in support of Triad's *Motion for Default Judgment* (Motion) against Black Sheep Consulting Group, LLC (Black Sheep) and adopts and

incorporates the entire Motion by reference. Claims against defendants Michael Wayne Bingham; Judy Lou Brown; and Master Equity Limited Partnership, a/k/a Emerging-Solutions are being resolved through a confidential settlement. Triad still has not located Richard Harris to serve him with the lawsuit.

3. I have been a resident of and domiciled in the State of Arizona since 1998.

4. Through a series of knowingly false and fraudulent statements, Black Sheep and other affiliates and agents unlawfully induced Triad to purchase a Peripheral Nerve Stimulator/Peripheral Electrical Neural Stimulator ("PENS device"). To induce Triad to purchase a PENS device product, Black Sheep's sales representatives lied to Triad about the nature of the device, whether it had the FDA clearances necessary for Triad's intended uses of the PENS device, whether the procedures Triad intended to conduct with the PENS device were covered by Medicare, and if so, under what billing code or codes. Based on those misrepresentations, Triad purchased PENS devices from Black Sheep and its partners for $65,998.50.

5. Because of the unlawful omissions and actions by Black Sheep, Medicare on August 29, 2023, assessed Triad a $191,074.37 overpayment for PENS-related items and services provided to patients between April 29, 2022, and May 30, 2023. This amount continues to accrue interest at nearly 10% annually since the overpayment charge was imposed by Medicare in August 2023.

6. Triad also incurred $10,000.00 in additional administrative and staff time and costs due to it assisting counsel in overturning the Medicare overpayment and pursuing this litigation.

7. The PENS device never had the FDA clearances or Medicare coverages that Triad required, and Black Sheep had been aware of that fact since before the transaction with Triad was ever contemplated. Black Sheep knew Triad would not purchase the PENS device without those clearances and coverages. It lied to induce Triad to purchase the PENS device and to preserve the opportunity to defraud similarly situated medical practices in the future. Based on the omissions and misrepresentations of Black Sheep, and others, Triad has actual damages from unrebutted or denied claims against Black Sheep for violations of the Arizona Consumer Fraud Act; common law fraud; conspiracy to commit fraud; and unjust enrichment, all of which cost plaintiff-Triad at least $267,072.87 in direct expenses.

8. Triad has incurred $94,672.15 in reasonable and necessary attorneys' fees for the Medicare appeals of the August 2023 overpayment directly attributable to the fraudulent scheme carried out by the Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Signed this January 5, 2026.

*/s/ Dr. John Baca*
Dr. John Baca